In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00134-CV

_____

CYNTHIA MARTIN, Appellant

V.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, A
DELAWARE STATUTORY TRUST, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CV1307598

MEMORANDUM OPINION

The appellant, Cynthia Martin, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____

HOLLIS HORTON
Justice

Submitted on June 29, 2016
Opinion Delivered June 30, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.